1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7317
7       FAX: (415) 436-7234
        katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0618 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| GIOVANNI ANTONIO VILLAREAL, | |
| Defendant. | Date: January 16, 2018 to April 17, 2018 Time: 2:00 p.m. |

**STIPULATION**

The parties appeared before the Honorable Richard Seeborg for a status conference on January 16, 2018. The government explained that the case is the product of a two-year investigation. The government has made an initial production of discovery and anticipates making at least two more substantial productions. Counsel for defendant Villareal is reviewing the discovery produced by the government, and needs additional time to assess the case. At the parties' request, the Court set a further status conference for April 17, 2018 at 2:30 p.m. The parties stipulated, and the Court ordered, that time between January 16, 2018 and April 17, 2018, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: January 18, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: January 18, 2018

/s/
K.C. MAXWELL
Counsel for Defendant Villareal

### [~~PROPOSED~~] ORDER

For the reasons stated, this matter is continued until April 17, 2018 at 2:30 p.m. The time between January 16, 2018 and April 17, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: 1/19/18

HONORABLE RICHARD SEEBORG
United States District Judge

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0618 RS                               2