1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              ) No. CR 17-0618 RS
14                                        )
         Plaintiff,                       ) STIPULATION AND [PROPOSED]
15                                        ) ORDER CONTINUING MATTER AND
      v.                                  ) EXCLUDING TIME UNDER THE
16                                        ) SPEEDY TRIAL ACT
   GIOVANNI ANTONIO VILLAREAL,            )
17                                        ) Date: May 22, 2018 through June 26, 2018
         Defendant.                       ) Time: 2:30 p.m.
18                                        )

19                                 **STIPULATION**

20       The parties appeared before the Honorable Richard Seeborg for a status conference on May 22,

21  2018. The government explained that the parties are doing additional research regarding defendant's

22  expunged felony conviction. In addition, the government is continuing to produce discovery to

23  defendant. At the parties' request, the Court set a further status conference for June 26, 2018 at 2:30

24  p.m. The parties stipulated, and the Court ordered, that time between May 22, 2018 and April 17, 2018,

25  be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

26       The parties further stipulate, and ask the Court to find, that the requested continuance and

27  exclusion of time are in the interests of justice and outweigh the best interest of the public and the

28

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: May 30, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: May 30, 2018

/s/
K.C. MAXWELL
Counsel for Defendant Villareal

# [~~PROPOSED~~] ORDER

For the reasons stated, this matter is continued until June 26, 2018 at 2:30 p.m. The time between May 22, 2018 and June 26, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: 6/1/18

HONORABLE RICHARD SEEBORG
United States District Judge