BROWNE GEORGE ROSS LLP
KC Maxwell (State Bar No. 214701)
  kmaxwell@bgrfirm.com
101 California Street, Suite 1225
San Francisco, California 94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

Attorney for GIOVANNI VILLAREAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 17-0618 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE AND [~~PROPOSED~~] ORDER |
| GIOVANNI ANTONIO VILLAREAL, | ) |
| Defendant. | ) |

There is currently a status conference scheduled for 2:30 p.m. on June 26, 2018. The parties stipulate and request that this Court continue that June 26 status conference to 2:30 p.m. on July 3, 2018 for the following good cause: Mr. Villareal and the government are engaged in ongoing plea discussions and the government is continuing to provide Rule 16 discovery.

Brad Wilson of U.S. Pretrial Services has no objection to the proposed continuance.

The parties further stipulate that there is good cause to exclude the time from June 26, 2018 to July 3, 2018 from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), so that defense counsel can further investigate this matter, review discovery, and confer with Mr. Villareal. The parties further stipulate that failing to exclude that time would unreasonably deny defendant and his counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding that time from computation under the Speedy Trial Act

and that the need for the exclusion outweighs the best interests of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

DATED: June 14, 2018  Respectfully submitted,

BROWNE GEORGE ROSS LLP

/s/  *KC Maxwell*
KC MAXWELL
Attorney for
Giovanni Antonio Villareal

ALEX G. TSE
Acting United States Attorney

/s/  *Katherine L. Wawrzyniak*
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

# [~~PROPOSED~~] ORDER

Based on the foregoing Stipulation to Continue Status Conference, and for good cause shown, IT IS HEREBY ORDERED:

1. The status conference currently scheduled for June 26, 2018, at 2:30 p.m., is CONTINUED to July 3, 2018, at 2:30 p.m.

2. The period from June 26, 2018 to July 3, 2018 is excluded from the Speedy Trial Act calculations. In light of the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from Speedy Trial Act calculations outweigh the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 6/14/18

THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE