MAXWELL LAW PC
K.C. Maxwell (State Bar No. 214701)
  kcm@kcmaxlaw.com
899 Ellis Street
San Francisco, CA 94109
T: 415-494-8887
F: 415-749-1694

Attorney for GIOVANNI VILLAREAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-0618 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER |
| GIOVANNI ANTONIO VILLAREAL, | |
| Defendant. | |

There is currently a status conference scheduled for 2:30 p.m. on July 3, 2018. The parties stipulate and request that this Court continue that July 3 status conference to 2:30 p.m. on July 31, 2018 for the following good cause: the United States and Defendant Villareal are engaged in ongoing plea discussions and the government is continuing to provide Rule 16 discovery. If the parties are able to reach a resolution by July 31, 2018, they will promptly contact the Court so the status conference may be converted to a change of plea hearing.

The parties further stipulate that there is good cause to exclude the time from July 3, 2018 to July 31, 2018, from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), so that defense counsel can further investigate this matter, review discovery, and confer with defendant. The parties further stipulate that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The parties further agree that the

ends of justice would be served by excluding that time from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: June 29, 2018                    Respectfully submitted,

MAXWELL LAW PC

/s/  *K.C. Maxwell*
K.C. MAXWELL
Attorney for
Giovanni Antonio Villareal

ALEX G. TSE
Acting United States Attorney

/s/  *Katherine L. Wawrzyniak*
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER
Nos. CR 17-0618 RS                    2

### [PROPOSED] ORDER

Based on the foregoing Stipulation to Continue Status Conference, and for good cause shown, IT IS HEREBY ORDERED:

1. The status conference currently scheduled for July 3, 2018, at 2:30 p.m., is CONTINUED to July 31, 2018, at 2:30 p.m.

2. The period from July 3, 2018 to July 31, 2018 is excluded from the Speedy Trial Act calculations. In light of the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from Speedy Trial Act calculations outweigh the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 6/29/18

THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE