MAXWELL LAW PC
K.C. Maxwell (State Bar No. 214701)
  kcm@kcmaxlaw.com
899 Ellis Street
San Francisco, CA 94109
T: 415-494-8887
F: 415-749-1694

Attorney for GIOVANNI VILLAREAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 17-0618 RS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE CHANGE OF |
| v. ) | PLEA HEARING AND [~~PROPOSED~~] ORDER |
| ) | |
| GIOVANNI ANTONIO VILLAREAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

There is currently a Change of Plea Hearing as to Defendant Giovanni Antonio Villareal scheduled for 10 a.m. on August 15, 2018. The parties stipulate and request that this Court continue that Change of Plea Hearing to 10:30 a.m. on September 4, 2018 for the following good cause: the United States and Defendant Villareal are engaged in ongoing plea discussions and the government is continuing to provide Rule 16 discovery.

The parties further stipulate that there is good cause to exclude the time from August 15, 2018 to September 4, 2018 from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), so that defense counsel can further investigate this matter, review discovery, and confer with defendant. The parties further stipulate that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding that time from computation under the Speedy Trial

Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: August 13, 2018   Respectfully submitted,

MAXWELL LAW PC

/s/ *K.C. Maxwell*
K.C. MAXWELL
Attorney for
Giovanni Antonio Villareal

ALEX G. TSE
Acting United States Attorney

/s/ *Katherine L. Wawrzyniak*
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

[~~PROPOSED~~] ORDER

Based on the foregoing Stipulation to Continue Change of Plea Hearing, and for good cause shown, IT IS HEREBY ORDERED:

1. The Change of Plea Hearing currently scheduled for August 15, 2018, at 10:30 a.m., is CONTINUED to September 4, 2018, at 10:30 a.m.

2. The period from August 15, 2018 to September 4, 2018 is excluded from the Speedy Trial Act calculations. In light of the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from Speedy Trial Act calculations outweigh the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 8/13/18

THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE